**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)     Case Number **05–12460–bif**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/25/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Christian R Keeley
6325 Old Carversville Road
P.O. Box 205
Carversville, PA 18913

| Case Number:<br>05–12460–bif | Social Security/Taxpayer ID Nos.:<br>xxx–xx–4751 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>JEFFREY C. MCCULLOUGH<br>Bond & McCullough<br>16 N. Franklin Street<br>Suite 300<br>Doylestown, PA 18901<br>Telephone number: (215) 348–8133 | Bankruptcy Trustee (name and address):<br>MICHAEL H. KALINER<br>Jackson Cook Caracappa & Bloom<br>312 Oxford Valley Road<br>Fairless Hills, PA 19030<br>Telephone number: (215) 946–4342 |

### Meeting of Creditors:
*\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\**

Date: **April 1, 2005**      Time: **01:30 PM**
Location: **Holiday Inn Select, New Hope Room, 4700 Street Road, Trevose, PA 19053**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 5/31/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107<br>Telephone number: (215)408–2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Walter Stoertz |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: 3/7/05 |

**EXPLANATIONS**  FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

460-bif    Doc 6    Filed 03/09/05    Entered 03/10/05 01:24:56    Desc Imaged
                    Certificate of Service    Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0313-2          User: EileenM              Page 1 of 2              Date Rcvd: Mar 07, 2005
Case: 05-12460                Form ID: 186               Total Served: 70


The following entities were served by first class mail on Mar 09, 2005.
db         +Christian R Keeley,   6325 Old Carversville Road,   P.O. Box 205,   Carversville, PA 18913-0205
aty        +JEFFREY C. MCCULLOUGH,   Bond & McCullough,   16 N. Franklin Street,   Suite 300,
             Doylestown, PA 18901-3536
tr         +MICHAEL H. KALINER,   Jackson Cook Caracappa & Bloom,   312 Oxford Valley Road,
             Fairless Hills, PA 19030-2610
smg        +City of Philadelphia,   City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,
             1515 Arch Street 15th Floor,   Philadelphia, PA 19102-1504
smg         Commonwealth of PA,   Bureau of Accounts Settlements,   P.O. Box 8901,   Attention: Bankruptcy Unit,
             Harrisburg, PA 17105
smg        +Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114-0326
smg         Trans Union Credit Information,   P.O. Box 5000,   Crum Lynne, PA 19022-2005
smg        +U.S. Attorney Office,   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,
             Philadelphia, PA 19106-4404
ust        +United States Trustee,   Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,
             Philadelphia, PA 19107-4414
6709122    +ABC Supply,   40 Conyngham Ave.,   Wilkes-Barre, PA 18702-5614
6709128    +AT&T CCO,   C/O Risk Management Alternatives,   802 E. Martintown Road, Suite 201,
             North Augusta, SC 29841-5352
6709123     Adam Wholesalers,   970 NY 11,   Kirkwood, NY 13795
6709124    +Alliance One Receivables Management, Inc,   1684 Woodlands Drive, Suite 150,   Maumee, OH 43537-4026
6709125    +Allied Interstate,   3000 Corporate Exchange Drive, 5th Flr.,   Columbus, OH 43231-7689
6709126    +Apex Building Products,   P.O.Box 1347,   Kingston, PA 18704-0347
6709127     Asset Acceptance, LLC,   P.O.Box 44426,   Baltimore, MD 21236-6426
6709129    +Barry Fishman, DDS,   817 N. Easton Road,   Doylestown, PA 18901-1024
6709131    +CB Scott Co.,   P.O.Box 5909,   Scranton, PA 18505-5909
6709132    +Choice Millwork,   100 Morris Avenue,   Boonton, NJ 07005-1314
6709133    +Closure Systems,   1327 D Adams Drive,   Bensalem, PA 19020-3966
6709134    +Collectech Systems,   P.O.Box 4157,   Woodland Hills, CA 91365-4157
6709135     Commonwealth Telephone,   Enterprises Company,   P.O.Box 42935,   Philadelphia, PA 19101-2935
6709136    +Culpepper Wood Products,   P.O.Box 1148,   Culpepper, VA 22701-6148
6709137     David J. Harris, Esquire,   Suite 310,   15 Public Square,   Wilkes-Barre, PA 18701-1703
6709138     Direct Merchants Bank,   Cardmember Services,   P.O.Box 21550,   Tulsa, OK 74121-1550
6709139     DirectTV, Inc.,   Customer Service,   P.O.Box 70014,   Boise, ID 83707-0114
6709140    +Doylestown Floor Covering,   209 N. Main Street,   Doylestown, PA 18901-3747
6709141    +Eastern Pennsylvania Supply Company,   P.O.Box 1126,   Wilkes-Barre, PA 18703-1126
6709142     Erie Insurance Exchange,   C/O D&B Receivables Management Srvcs,   P.O.Box 280431,
             East Hartford, CT 06128-0431
6709143    +Five Star Group,   P.O.Box 1960,   East Hanover, NJ 07936-1960
6709144     Geisinger Wyoming Valley,   C/O Penn Credit Corporation,   P.O.Box 988,   Harrisburg, PA 17108-0988
6709145    +Great American Leasing,   C/O Mattes & Mattes,   324 N. Washington Ave.,   Scranton, PA 18503-1502
6709146    +Hechinger's,   C/O Home Quarters,   P.O.Box 9909,   Macon, GA 31297-9909
6709147    +Holland, Brady & Grabowski,   61 North Washington Street,   Wilkes-Barre, PA 18701-3109
6709148    +Home Depot CRC,   P.O.Box 9915,   Dept. 24,   Macon, GA 31297-9915
6709149    +Hourigan, Kuger & Quinn,   600 Third Ave.,   Kingston, PA 18704-5815
6709150    +Jack Williams Tire,   P.O.Box 3655,   Scranton, PA 18505-0655
6709151    +Lisa Welkey, Esquire,   Penn Park Building,   48 S. Main Street,   Pittston, PA 18640-1701
6709152    +Mid-State Lumber,   Dept. #628,   P.O.Box 11679,   Newark, NJ 07101-4679
6709153    +Midwest Fastener,   9031 Shaver Road,   Kalamazoo, MI 49024-6179
6709154    +Milazzo Industries,   1609 River Road,   Pittston, PA 18640-1399
6709155    +NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
6709156    +Nextel Partners, Inc.,   C/O Allied International Credit Corp.,   2101 West Peoria, Suite 120,
             Phoenix, AZ 85029-4933
6709157    +Norandex,   1090 Highway 315,   Wilkes-Barre, PA 18702-6948
6709158    +PA Moulding & Millwork,   P.O.Box 8500-9625,   Philadelphia, PA 19178-0001
6709161    +PG Energy,   Division Of Southern Union Co.,   1 PEI Center, Bldg B,   Wilkes-Barre, PA 18711-0600
6709163     PPL Electric Utilities,   827 Hausman Road,   Allentown, PA 18104-9392
6709159     Penn Credit Corporation,   P.O.Box 988,   Harrisburg, PA 17108-0988
6709160    +Pennsylvania American Water,   P.O. Box 578,   Alton, IL 62002-0578
6709162    +Power Port Products,   301 W. Interstate Road,   Addison, IL 60101-4598
6709164    +Prime Source,   2901 Clairmont Road,   Suite 500,   Atlanta, GA 30329-1611
6709166    +Quikrete,   2987 Clairmont Road,   Suite 500,   Atlanta, GA 30329-4434
6709167    +Reeb Millwork,   P.O.Box 5332,   Bethlehem, PA 18015-0332
6709168    +Rex Lumber,   P.O.Box 9651,   Manchester, NH 03108-9651
6709169    +Roland & Roland,   900 13th Ave.,   Bethlehem, PA 18018-2205
6709170    +Rugby Building Products,   P.O.Box 728,   Greensburg, PA 15601-0728
6709171    +Smith Ford & Associates,   334 S. Franklin Street,   Wilkes-Barre, PA 18702-3809
6709172    +Sonya Ormsby,   62 South Welles Street,   Wilkes-Barre, PA 18702-5102
6709173    +Specialty Products,   P.O.Box 7777,   Philadelphia, PA 19175-0001
6709174    +Stanley Stevens Co.,   P.O.Box 2205,   Bristol, PA 19007-8205
6709175    +Taunton Trade Co.,   P.O.Box 5563,   Newtown, CT 06470-5563
6709176    +Team Supply,   P.O.Box 2178,   Hazelton, PA 18201-1056
6709177    +U.S. Gypsum,   125 S. Franklin Street,   Chicago, IL 60606-4647
6709179    +Waste Management,   2421 West Peoria Av., Suite 210,   Phoenix, AZ 85029-4770
6709180    +Weyerhauser,   51 Long Ave.,   Ephrata, PA 17522-9795
6709181    +Wilkes-Barre Wholesale,   19 Bennett Street,   Wilkes-Barre, PA 18701-2702
6709182    +Wolf Distributing,   P.O.Box 2205,   Allentown, PA 17405-2205

The following entities were served by electronic transmission on Mar 08, 2005 and receipt of the transmission
was confirmed on:
6709130     EDI: CAPITALONE.COM Mar 08 2005 01:46:00     Capital One,   P.O.Box 85015,
             Richmond, VA 23285-5015
6709165     EDI: PROVID.COM Mar 08 2005 01:46:00     Providian National Bank,   P.O.Box 660509,
             Dallas, TX 75266-0509
```

```
District/off: 0313-2         User: EileenM              Page 2 of 2                  Date Rcvd: Mar 07, 2005
Case: 05-12460               Form ID: 186               Total Served: 70

The following entities were served by electronic transmission (continued)
6709178      EDI: AFNIVERIZONE.COM Mar 08 2005 01:45:00      Verizon,   P.O.Box 28010,
             Lehigh Valley, PA   18002-8010
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2005**                    **Signature:**    _Joseph Speetjens_