IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          CHAPTER 7

CHRISTIAN R. KEELEY

    DEBTOR(S)                                          BANKRUPTCY NO. 05-12460

## ORDER

AND NOW, this         day of          , 2005, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

Case to remain open { O }                    BY THE COURT:

                                            _____
                                            HONORABLE BRUCE I. FOX
                                            UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

```
District/off: 0313-2           User: Jeanette              Page 1 of 1                  Date Rcvd: Jun 07, 2005
Case: 05-12460                 Form ID: pdf900             Total Served: 9
```

```
The following entities were served by first class mail on Jun 09, 2005.
db         +Christian R Keeley,    6325 Old Carversville Road,    P.O. Box 205,    Carversville, PA 18913-0205
aty        +JEFFREY C. MCCULLOUGH,     Bond & McCullough,    16 N. Franklin Street,    Suite 300,
             Doylestown, PA 18901-3536
tr         +MICHAEL H. KALINER,    Jackson Cook Caracappa & Bloom,     312 Oxford Valley Road,
             Fairless Hills, PA 19030-2610
smg        +City of Philadelphia,    City of Philadelphia Law Dept.,     Tax Unit/Bankruptcy Dept,
             1515 Arch Street 15th Floor,     Philadelphia, PA 19102-1504
smg         Commonwealth of PA,    Bureau of Accounts Settlements,     P.O. Box 8901,    Attention: Bankruptcy Unit,
             Harrisburg, PA  17105
smg        +Internal Revenue Service,     P.O. Box 21126,    Philadelphia, PA 19114-0326
smg         Trans Union Credit Information,     P.O. Box 5000,    Crum Lynne, PA  19022-2005
smg        +U.S. Attorney Office,    c/o Virginia Powel, Esq.,     Room 1250,    615 Chestnut Street,
             Philadelphia, PA 19106-4404
ust        +United States Trustee,    Office of the U.S. Trustee,     833 Chestnut Street,    Suite 500,
             Philadelphia, PA 19107-4414

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2005**            Signature:  _Joseph Speetjens_